

# United States District Court
# Eastern District of California

Francisco Jimenez Pascual

Plaintiff(s)

V.

Markwayne Mullin et al.

Defendant(s)

Case Number: 1:26-cv03133 DAD SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andres F. Amon hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Francisco Jimenez Pascual

On 01/05/2026 (date), I was admitted to practice and presently in good standing in the U.S. District Court Southern District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/24/2026

Signature of Applicant: /s/ Andres F. Amon

**Pro Hac Vice Attorney**

Applicant's Name: Andres F. Amon

Law Firm Name: Law Office of Jan P. Weiss

Address: 1926 10th Ave North, Suite 400

City: Lake Worth    State: FL    Zip: 33461

Phone Number w/Area Code: (561) 582-6401

City and State of Residence: West Palm Beach, Florida

Primary E-mail Address: andresamonesq@gmail.com

Secondary E-mail Address: jan@janpweissesq.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicolette Glazer

Law Firm Name: Law Offices of Larry R. Glazer

Address: 2121 Avenue of the Stars, 8th Floor

City: Century City    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 407-5353    Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 27, 2026

_____
MAGISTRATE JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,     **Angela E. Noble,**     Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Andres F Amon** , Florida Bar # **124023**, was duly admitted to practice in this

Court on **January 05, 2026**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on March 29, 2026.

Angela E. Noble
Court Administrator Clerk of Court