UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JIMENEZ PASCUAL (A# 221-486-588), <br><br> Petitioner, <br><br> v. <br><br> TODD BLANCHE, et al., <br><br> Respondents. | No. 1:26-cv-03133 DAD SCR <br><br><br> **<u>MINUTE ORDER</u>** |

Petitioner, an immigration detainee who is proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636.

Respondents are directed to show cause why the writ should not be granted by filing an answer/return within seven (7) days from the date of this order. <u>See</u> 28 U.S.C. § 2243. Respondents shall address whether this case is factually or legally distinguishable from <u>Valencia Cardenas v. Chestnut</u>, No. 1:26-CV-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026), and <u>Gutierrez v. Chesnut</u>, No. 1:25-CV-01515-DAD-AC (HC), 2025 WL 3514495 (E.D. Cal. Dec. 8, 2025). Respondent shall also include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application. Petitioner may file a reply/traverse to the answer/return within three (3) days after being served a copy of it. Absent a further order of the court, the petition will be taken under submission after the filing of the reply/traverse.

In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, respondent shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. <u>See</u> 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); <u>see</u> <u>also</u> <u>F.T.C. v. Dean Foods Co</u>., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

IT IS SO ORDERED.

1