UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JIMENEZ PASCUAL, | No. 1:26-cv-03133-DAD-SCR (HC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF *HABEAS CORPUS* |
| TODD BLANCHE et al., | |
| Respondents. | (Doc. Nos. 1, 11) |

Petitioner Francisco Jimenez Pascual, A-File No. 221-486-588, is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 10.) Specifically, the assigned magistrate judge found that petitioner's detention violates the Immigration and Nationality Act. (*Id.* at 2–3.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 3–4.) On May 6, 2026, respondents filed objections to the pending findings and recommendations. (Doc. No. 11.) Respondents' objection consists of a

1

single sentence that "Respondents object to the recommendation that Petitioner's Petition for Writ of Habeas Corpus be granted for the same reasons advanced in Respondents' earlier filing." (*Id.* at 1.) This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.     The findings and recommendations filed on May 5, 2026 (Doc. No. 10) are ADOPTED;

2.     Petitioner's petition for writ of *habeas corpus* (Doc. No. 1), is GRANTED as follows:

    a.     Respondents are ORDERED to immediately release petitioner Francisco Jimenez Pascual, A-File No. 221-486-588, from respondents' custody;

    b.     Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a);

3.     The Clerk of the Court is directed to serve the California City Immigration Processing Center with a copy of this order; and

4.     The Clerk of the Court is directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 12, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2